NUMBER 13-02-445-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

___________________________________________________________________


GERALDINE ODOM WILLIAMSON, INDIVIDUALLY 

AND D/B/A MIRAMAR RESORT HOTEL , Appellant,



v.




ALBERTA GUDINO, INDIVIDUALLY, AND AS 

NEXT FRIEND OF SERAFIN GUDINO AND AS 

LEGAL REPRESENTATIVE OF THE ESTATE OF 

ERNESTO GUDINO , Appellees.

___________________________________________________________________


On appeal from the 93rd District Court 

of Hidalgo County, Texas.

___________________________________________________________________



MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Hinojosa and Rodriguez

Opinion Per Curiam


 Appellant, GERALDINE ODOM WILLIAMSON, INDIVIDUALLY AND D/B/A MIRAMAR RESORT HOTEL ,
perfected an appeal from a judgment entered by the 93rd District Court of Hidalgo County, Texas, in cause number
C-387-01-B . After the record was filed, the parties filed a joint motion to remand to the trial court and for expedited
mandate. In the motion, the parties state that they have reached a compromise settlement agreement in this matter. The
parties request that this Court remand the entire case to the trial court for proceedings in furtherance of consummating the
settlement, which includes the vacating of the judgment and ad litem fee order by the trial court, entry of a take-nothing
judgment, and release and discharge of the supersedeas bond. The parties agree that each party will bear their own costs of
appeal. The parties further request that issuance of the mandate be expedited. 

 The Court, having examined and fully considered the documents on file and the parties' joint motion, is of the opinion that
the motion should be granted. The joint motion is granted, and the judgment of the trial court is hereby REVERSED and
the cause is REMANDED to the trial court in accordance with the parties' settlement agreement. The Clerk of this Court is
ORDERED to expedite issuance of the mandate to the trial court. 

PER CURIAM



Opinion delivered and filed this

the 14th day of August, 2003 .